### 10902. SMILEY et al. v. TWITTY.

SMITH, J. 1. "This court, by the constitutional amendment creating it, is limited in jurisdiction to the correction of errors in law alone, and therefore has no power to grant a new trial on the ground that the verdict is strongly contrary to the weight of evidence, if there is any evidence at all to support it." *Edge* v. *Thomas,* 9 *Ga. App.* 559 (71 S. E. 875); *Randall* v. *Bell,* 12 *Ga. App.* 614 (77 S. E. 1132); *Toole* v. *Jones,* 19 *Ga. App.* 24 (90 S. E. 732); *McCarty* v. *Keys,* 19 *Ga. App.* 494 (91 S. E. 875).

2. The motion for a new trial embraced the usual general grounds only. There was evidence to support the verdict, which has the approval of the trial judge, and his judgment overruling the motion for a new trial is          *Affirmed. Jenkins, P. J., and Stephens, J., concur.*
DECIDED DECEMBER 16, 1919.

Complaint; from city court of Camilla—Charles Watt Jr., judge pro hac vice. July 26, 1919.

*A. S. Johnson,* for plaintiffs in error.
*Peacock & Gardner,* contra.